# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY L MCCOY**                                                                                                    **PLAINTIFF**

v.                                    Case No. 4:21-CV-00935-LPR

**INTERNAL REVENUE SERVICE, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is considered, ordered, and adjudged that Plaintiff Terry McCoy's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or the accompanying Order would be considered frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE